```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,            SATISFACTION OF JUDGMENT

        -against-                    Criminal Docket
                                     No. CR-10-0955

XIAO LIN CHEN,                       (Block, J.)

                Defendant.
- - - - - - - - - - - - - - - -X
```

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $3,100.00, that is, a fine in the amount of $3,000.00 and a special assessment in the amount of $100.00, on August 9, 2011, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on August 15, 2011; and

WHEREAS, said judgment has been fully paid as to the defendant XIAO LIN CHEN;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant XIAO LIN CHEN.

Dated:   Brooklyn, New York
         May 14, 2012

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York
                              271 Cadman Plaza East, 8th Fl.
                              Brooklyn, New York 11201

                        By:   _s/Beth P. Schwartz_____
                              BETH P. SCHWARTZ
                              Assistant U.S. Attorney
                              (718)254-6017